IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LINDA MICHAEL,

        Plaintiff,

v.                                                      4:07cv545-WS

FLORIDA PAROLE COMMISSION,

        Defendant.

---

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed February 13, 2008.  See Doc. 13.  The magistrate judge recommends that the plaintiff's amended complaint be dismissed for failure to state a claim.  The plaintiff has filed objections (doc. 15) to the report and recommendation.

      Having considered the record in light of the plaintiff's objections, this court has determined that the magistrate judge's report and recommendation should be adopted.

      Accordingly, it is ORDERED:

      1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

      2.  The complaint, and this action, are hereby DISMISSED without prejudice for failure to state a claim.

      3.  The clerk shall enter judgment accordingly and shall note on the docket that this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this <u>    27th    </u> day of <u>    March    </u>, 2008.


<u>s/ William Stafford                              </u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE